EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

JIMMY CHEN
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: Jimmy.Chen@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 8 2004

at ___ o'clock and ___ min. ___M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. CR04 00277 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 2; |
| | ) | 21 U.S.C. § 841(a)(1); |
| JIMMY YASAY            (01) | ) | 21 U.S.C. § 846; |
| FALEU LIILII           (02) | ) | 21 U.S.C. § 856(a)(1)] |
| | ) | |
| Defendants. | ) | |
| | ) | |

## INDICTMENT

## COUNT 1

The Grand Jury charges that:

1.  From a time unknown but by on or about June 2004,

and continuing to on or about July 15, 2004, in the District of

Hawaii, the defendants, JIMMY YASAY and FALEU LIILII, did

knowingly and intentionally conspire to manufacture a mixture and

substance containing a detectable amount of methamphetamine, its

salts, isomers, and salts of its isomers, a Schedule II
controlled substance, in violation of Title 21, United States
Code, Section 841(a)(1), and to knowingly and intentionally open
and maintain a place at 823 Peltier Avenue, Honolulu, Hawaii, for
the purpose of manufacturing, distributing, and using
methamphetamine, its salts, isomers, and salts of its isomers, a
Schedule II controlled substance, in violation of Title 21,
United States Code, Section 856(a)(1).

OVERT ACTS

In furtherance of the aforesaid conspiracy, and in
order to accomplish the illegal objectives thereof, overt acts
were committed in the District of Hawaii and elsewhere by members
of the conspiracy, including, but not limited to, the following
acts:

1.  On or about May 2004, JIMMY YASAY and T.M. resided
in military housing located at 823 Peltier Avenue.

2.  From around November 2003, through on or about July
2004, JIMMY YASAY acquired half pound quantities of red
phosphorous and iodine via the internet, and pseudoephedrine from
the Navy Exchange ("NEX") and Navy commissary.

3.  From on or about June 2004, and continuing to on or
about July 15, 2004, FALEU LIILII took up residence at 823
Peltier Avenue and assisted JIMMY YASAY at the residence on
multiple occasions in the manufacture of methamphetamine by

removing pseudoephedrine tablets from their original packaging to be used as an ingredient in the production of methamphetamine.

4.  From on or about June 2004, and continuing to on or about July 15, 2004, JIMMY YASAY, using the pseudoephedrine tablets FALEU LIILII removed from their packaging, added various ingredients, including but not limited to items such as red phosphorous, iodine, lighter fluid, lye, and acid to manufacture methamphetamine within the kitchen area of 823 Peltier Avenue.

5.  From on or about June 2004, and continuing to on or about July 15, 2004, FALEU LIILII would clean and remove any resulting debris in the kitchen area of 823 Peltier Avenue during and after the manufacturing process.

6.  From on or about June 2004, and continuing to on or about July 15, 2004, JIMMY YASAY and FALEU LIILII manufactured two to three batches of methamphetamine a week, yielding approximately 3.5 grams per batch at 823 Peltier Avenue.

7.  On July 15, 2004, JIMMY YASAY and FALEU LIILII disposed of twenty-four (24) cans of HEET brand automotive cleaning solvent, matches, liquid iodine, and acetone, ingredients used in the manufacture of methamphetamine, by depositing them into a dumpster.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

From a time unknown but by on or about June 2004, and continuing to on or about July 15, 2004, in the District of Hawaii, the defendants, JIMMY YASAY and FALEU LIILII, did knowingly and intentionally manufacture a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges that:

From a time unknown but by on or about June 2004, and continuing to on or about July 15, 2004, in the District of Hawaii, the defendants, JIMMY YASAY and FALEU LIILII, did knowingly and intentionally open and maintain a place at 823 Peltier Avenue, Honolulu, Hawaii, for the purpose of manufacturing, distributing, and using methamphetamine, its

//

//

//

//

//

//

salts, isomers, and salts of its isomers, a Schedule II

controlled substance, in violation of Title 21, United States

Code, Section 856(a)(1) and Title 18, United States Code, Section

2.

          DATED:   July 28    , 2004 at Honolulu, Hawaii.
                         A TRUE BILL

                              /s/
                              _____
                              FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
JIMMY CHEN
Special Assistant U.S. Attorney

United States v. JIMMY YASAY, ET AL.
Cr. No.
"INDICTMENT"